UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBIN SEAFOOD CO., INC., ET AL. | § | CASE NO. 10-cv-01314 |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Judge Sarah S. Vance |
| | § | |
| BP, PLC, ET AL., | § | |
| | § | |
| *Defendants*. | § | Magistrate. Judge Sally Shushan |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs Robert Graf and Ernie Campo respectfully request oral argument regarding Plaintiffs' Motion for Court Supervision or, Alternatively, to Appoint Special Master. Plaintiffs respectfully request oral argument on the 9th day of June, 2010 at 10:00 a.m., or at such earlier time as may be scheduled by the Court.

Respectfully Submitted by:

**BARON & BUDD, P.C.**

By:   */s/ J. Burton LeBlanc, IV*
**BARON & BUDD, P.C.**
J. Burton LeBlanc, IV (#20491)
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
(225) 927-5441

- and -

**THE MUMPHREY LAW FIRM, LLC**
J. Wayne Mumphrey (#9824)
Clayton M. Connors (#26240)
330 Oak Harbor Blvd., #D
Slidell, LA 70458
(985) 649-0709
(985)649-5706 (FAX)
- and -

**THORNHILL LAW FIRM, L.C.**
Tom W. Thornhill #12776
N. Frank Elliot III # 23054
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 fax
Tom@thornhilllawfirm.com

- and -

**F. GERALD MAPLES, P.A.**
F. Gerald Maples (#25960)
Carlos A. Zelaya, II (#22900)
Carl D. "Todd" Campbell, III (#31084)
Machelle R. Lee Hall (#31498)
365 Canal Street, Suite 2650
New Orleans, LA  70130
Telephone:  (504) 569-8732
Facsimile:  (504) 525-6932

- and -

**DREHER LAW FIRM, P.A**.
William W. Dreher, Jr.
P.O. Box 968
2224 - 24th Avenue
Gulfport, Mississippi 39502
Tel. 228-822-2222
Fax 228-822-2626
MSB# 10117

- and -

                                                         **MORGAN & MORGAN**, **P.A.**
                                                         Scott Wm. Weinstein (FLA Bar #563080)
                                                         1 University Park
                                                         12800 University Drive, Suite 600
                                                         Ft. Myers, FLA 33907
                                                         Telephone:  (239) 433-6880
                                                         Facsimile:  (239) 433-6836

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel of record through this Court's electronic filing and notification system, this 26th day of May, 2010.

                                                      */s/ J. Burton LeBlanc, IV*