UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN SEAFOOD CO., INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1314 |
| BP, PLC, ET AL. | SECTION "R" |

### ORDER DENYING ORAL ARGUMENT

The Court is in receipt of the request by plaintiffs for oral argument (R. Doc. 36) on their motion for court supervision or, alternatively, to appoint special master.

The Court has reviewed the pleadings and is familiar with the issues raised in the motion.

Accordingly,

The request is DENIED as unnecessary.

New Orleans, Louisiana, this 27th day of May, 2010.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE